IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMAR M. COOK,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 24-CV-0314** |
| | : | |
| **BLANCHE CARNEY,** *et al.* | : | |
|     **Defendants.** | : | |

# ORDER

AND NOW, this 28th day of March, 2025, upon consideration of Moving Defendants' Motion to Dismiss (ECF No. 44), Plaintiff Jamar M. Cook's Response thereto (ECF No. 46), and Cook's Motion for Extension of Time to Serve Defendants (ECF No. 42), it is **ORDERED** that:

1. The Moving Defendants' Motion is **DENIED** for the reasons stated in the Court's accompanying Memorandum.

2. The Moving Defendants shall file a responsive pleading in accordance with Federal Rule of Civil Procedure 12(a)(4).

3. Cook's Motion for Extension of Time to Serve Defendants is **DENIED WITHOUT PREJUDICE** to Cook ascertaining the identities of the Doe Defendants through the discovery process.

BY THE COURT:

/s/ John Milton Younge
_____
**JOHN MILTON YOUNGE, J.**